

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LORETTA SALAZAR, Individually, and on Behalf of the Estate of ERNEST SALAZAR, | § | No. 08-22-00245-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 120th Judicial District Court |
| v. | | |
| | § | Of El Paso County, Texas |
| HECTOR A. PAYAN, M.D., | | |
| | § | (TC# 2016DCV4437) |
| Appellee. | | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.**]**